## STANDARD OIL CO. OF CALIFORNIA *v.* CITY OF LOS ANGELES ET AL.

No. 609.   Decided December 16, 1968.

*Francis R. Kirkham, Francis N. Marshall,* and *Marcus Mattson* for appellant.

*Roger Arnebergh, Gilmore Tillman, Henry E. Kappler,* and *Ellis J. Horvitz* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.